UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

Re:

**ANDERSON, BRENT E**
**ANDERSON, ROXANNE M**

Debtor(s)

Case No. 19-40054-JMM

CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS

DATE OF 341(a) MEETING: 2/25/19         LOCATION OF MEETING: **JEROME**
NAME OF TRUSTEE: **Gary L. Rainsdon**    DATE CASE FILED: **01/24/2019**
RECORDING TRACK NO. 10

DEBTOR (X) SWORN AND EXAMINED ( ) DID NOT APPEAR ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR ATTORNEY: (X) PRESENT ( ) NOT PRESENT ( ) PRO SE
        Youngblood, Kameron M
CREDITORS APPEARING ( ) NONE

ACTION ITEMS
- (X)   341(a) Meeting Continued to: **03/18/2019 at 09:00 AM for bank statements.**
- ( )   SS Information Incorrect or Missing
- ( )   Concluded
- ( )   Dismiss for Failure of Debtor and/or Attorney to Appear
- (X)   Discharge Information Given to Debtor
- ( )   Unscheduled Assets Identified
- ( )   Do Not Dismiss – Trustee Intends to Pursue Assets – Trustee will file complaint to deny or revoke discharge, if necessary

GENERAL COMMENTS
- (X)   Debtor Identity and Social Security Documentation Match Petition
- (X)   Debtor Examined
- (X)   Schedules and Statement of Affairs Filed
- (X)   Statement of Income and Expenditures Filed
- (X)   Debtor Informed of Failure to Cooperate with Trustee or U.S. Trustee or Submit Required Reports Constitute Grounds for Dismissal
- (X)   Debtor Read and Understands Both Statement of Information Required by 11 U.S.C 341 and Statement Furnished by Gary L. Rainsdon Trustee

/s/
GARY L. RAINSDON, TRUSTEE